```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    REGINALD BOWERS
 6

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  No. CR. S-06-288 WBS
                                  )
12             Plaintiff,         )
                                  )  STIPULATION AND ORDER
13       v.                       )  CONTINUING STATUS CONFERENCE
                                  )
14  REGINALD BOWERS and           )
    DOROTHY WILLIAMS,             )  Date:  August 16, 2006
15                                )  Time:  9:00 a.m.
               Defendants.        )  Judge: Hon. William B. Shubb
16                                )
    _____)
17

18

19       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of
20  America, and defendants, Reginald Bowers and Dorothy Williams, through their
21  respective attorneys, that the status conference scheduled for August 16, 2006,
22  may be continued to October 4, 2006, at 9:00 a.m.
23       Counsel for Mr. Bowers has determined that a number of matters (including
24  Mr. Bowers' prior record) must be investigated before the case may be fully
25  scheduled; time is needed to collect records and perform other tasks relating
26  to the defense.  So that these matters may be seen to, the parties agree that
27  the ends of justice to be served by a continuance outweigh the best interests
28  of the public and the defendant in a speedy trial and that time under the Speedy
```

1 Trial Act may be excluded from the date of this order through October 4, 2006,
2 pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 11, 2006                /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for REGINALD BOWERS

Dated: August 11, 2006                /s/ T. Zindel for S. Bauer
                                      STEVEN BAUER
                                      Attorney for DOROTHY WILLIAMS

                                      McGREGOR SCOTT
                                      United States Attorney

Dated: August 11, 2006                /s/ T. Zindel for J. Hitt
                                      JASON HITT
                                      Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 4, 2006, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 4, 2006.

IT IS SO ORDERED.

Dated: August 14, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. Bowers et al.        2