```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    REGINALD BOWERS
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-06-288 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | |
| REGINALD BOWERS and | ) | |
| DOROTHY WILLIAMS, | ) | Date: November 29, 2006 |
| | ) | Time: 9:00 a.m. |
| Defendants. | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for November 29, 2006, may be continued to January 22, 2007, at 8:30 a.m.

     A number of matters remain to be investigated before the case may be scheduled and time is needed to perform other tasks relating to the defense.  So that these matters may be completed, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order

1  through January 22, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
2  (B)(iv)(Local Code T4).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                       Federal Defender
5

6  Dated: November 28, 2006                /s/ T. Zindel
                                       TIMOTHY ZINDEL
7                                      Assistant Federal Defender
                                       Attorney for REGINALD BOWERS
8

9  Dated: November 28, 2006                /s/ T. Zindel for S. Bauer
                                       STEVEN BAUER
10                                     Attorney for DOROTHY WILLIAMS

11                                     McGREGOR SCOTT
                                       United States Attorney
12

13 Dated: November 28, 2006                /s/ T. Zindel for J. Hitt
                                       JASON HITT
14                                     Assistant U.S. Attorney

15

16                              **O R D E R**

17     The status conference is continued to January 22, 2007, at 8:30 a.m.
18 For the reasons set forth above, the court finds that the ends of justice
19 to be served by a continuance outweigh the best interests of the public
20 and the defendant in a speedy trial and therefore excludes time under the
21 Speedy Trial Act through January 22, 2007.
22     IT IS SO ORDERED.

23

24 Dated: November 29, 2006
25
                                   _____
26                                 WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE
27

28

Stip. in U.S.A. v. Bowers et al.        2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28