UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

APPROXIMATELY $25,560.00 IN U.S. CURRENCY,

        Defendant.
_____/

NO. Civ. S-06-02839 LKK-EFB

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

REGINALD BOWERS, and DOROTHY WILLIAMS,

        Defendants.
_____/

NO. Cr. S-06-0288 WBS

<u>RELATED CASE ORDER</u>

----oo0oo----

        Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997).  Both the civil forfeiture action and the criminal action arise from the same law enforcement investigation and both actions involve the same parties.  Accordingly, the assignment of the matters to the same judge is likely to effect a

1  substantial saving of judicial effort and is also likely to be
2  convenient for the parties.  The parties should be aware that
3  relating the cases under Local Rule 83-123 merely has the result
4  that these actions are assigned to the same judge and the same
5  magistrate judge; no consolidation of the actions is effected.
6          IT IS THEREFORE ORDERED that the actions denominated
7  Civ. S-06-02839 LKK EFB, <u>United States of America v.
8  Approximately $25,560.00 in U.S. Currency</u>, and Cr. S-06-0288,
9  <u>United States of America v. Reginald Bowers, and Dorothy
10 Williams</u>, should be, and the same hereby are, deemed related and
11 case denominated Civ. S-06-02839 shall be reassigned to the
12 Honorable WILLIAM B. SHUBB for all further proceedings.
13 Henceforth the captions on all documents filed in the reassigned
14 case shall be shown as Civ. S-06-02839 WBS, and any dates
15 currently set in the reassigned case <u>only</u> are hereby VACATED.
16         IT IS FURTHER ORDERED that the Clerk of the Court make
17 appropriate adjustments in the assignment of civil cases to
18 compensate for this reassignment.
19         IT IS SO ORDERED.
20 DATED:  December 20, 2006

                                 WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE