```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    REGINALD BOWERS
 7

 8

 9                   IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,       ) No. CR. S-06-288 WBS
                                    )
13                 Plaintiff,       )
                                    ) STIPULATION AND ORDER
14       v.                         ) CONTINUING STATUS CONFERENCE
                                    )
15  REGINALD BOWERS and             )
    DOROTHY WILLIAMS,               ) Date:  January 22, 2007
16                                  ) Time:  8:30 a.m.
                   Defendants.      ) Judge: Hon. William B. Shubb
17                                  )
    _____ )
18
```

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
20 of America, and defendants, Reginald Bowers and Dorothy Williams, through
21 their respective attorneys, that the status conference scheduled for
22 January 22 may be continued to March 5, 2007, at 8:30 a.m.

23      A number of matters remain to be investigated before the case may be
24 scheduled.  Time is needed to perform other tasks relating to the
25 defense, including time for Ms. Williams's recently appointed counsel to
26 review discovery and time relating to a collateral civil forfeiture
27 proceeding.  So that these matters may be completed, the parties agree
28 that the ends of justice to be served by a continuance outweigh the best

1  interests of the public and the defendant in a speedy trial and that time
2  under the Speedy Trial Act may be excluded from the date of this order
3  through March 5, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
4  (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: January 18, 2007                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for REGINALD BOWERS


Dated: January 18, 2007                 /s/ T. Zindel for J. Greiner
                                        JAMES GREINER
                                        Attorney for DOROTHY WILLIAMS

                                        McGREGOR SCOTT
                                        United States Attorney


Dated: January 18, 2007                 /s/ T. Zindel for J. Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

## O R D E R

The status conference is continued to March 5, 2007, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 5, 2007.

   IT IS SO ORDERED.

Dated: January 18, 2007

                        _____
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28