DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR. S-06-288 WBS |
| ) | |
| Plaintiff,   ) | |
| ) | **STIPULATION AND ORDER** |
| v.   ) | **CONTINUING STATUS CONFERENCE** |
| ) | |
| REGINALD BOWERS and   ) | |
| DOROTHY WILLIAMS,   ) | Date:  March 5, 2007 |
| ) | Time:  8:30 a.m. |
| Defendants.   ) | Judge: Hon. William B. Shubb |
| ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for March 5 may be continued to April 23, 2007, at 8:30 a.m.

    Numerous matters remain to be investigated by both parties before the case may be scheduled.  Time is needed to perform other tasks relating to the defense and the parties continue to meet regularly to resolve them.  So that these matters may be completed, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time

under the Speedy Trial Act may be excluded from the date of this order through April 23, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: March 2, 2007         /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for REGINALD BOWERS

Dated: March 2, 2007         /s/ T. Zindel for J. Greiner
                             JAMES GREINER
                             Attorney for DOROTHY WILLIAMS

                             McGREGOR SCOTT
                             United States Attorney

Dated: March 2, 2007         /s/ Z. for J.H. (OK'd by A. Pings)
                             JASON HITT
                             Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 23, 2007, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through April 23, 2007.

IT IS SO ORDERED.

Dated: March 2, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE