1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   DOROTHY JEAN WILLIAMS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO. S-06-288-WBS |
| PLAINTIFF, ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE TO JUNE 11, 2007 |
| REGINALD BOWERS, and ) DOROTHY JEAN WILLIAMS, ) | |
| DEFENDANTS. ) | |
| _____ ) | |

## STIPULATION

The United States of America, represented by the United States Attorney for the Eastern District, Assistant United States Attorney, Mr. Jason Hitt and the defendants, Reginald Bowers, represented by Mr. Timothy Zindel, of the Federal Defender's Office, and Dorothy Jean Williams, represented by Mr. James R. Greiner, hereby agree and stipulate that this matter may be continued from Monday, April 23, 2007, to Monday, June 11, 2007, at 8:30 a.m. in courtroom number 5, on the 14th floor of the United States Courthouse, 501 I Street, Sacramento, California. It is agreed and stipulated that time can be excluded from the Speedy Trial Act for the following reasons: 1-The defense is still in the continuing process of investigating numerous matters; 2- the government and the defense have been and continue to be in

1

1 communication working in good faith to resolve other matters that have arisen in the
2 global arena of the case; 3- The defense is working on other matters that have arisen
3 during the investigation of the case that effects the global arena of the case and this
4 time is needed to further that investigation.

5 It is further agreed and stipulated to that the ends of justice are served by a
6 continuance which outweighs the best interests of the public and the defendant in a
7 speedy trial and that the time period from Monday, April 23, 2007 through and
8 including Monday, June 11, 2007, can and should be excluded from the Speedy Trial
9 Act pursuant to Title 18 U.S.C. section 1361 (h)(8)(B)(iv), reasonable time to prepare
10 and  Local Code T-4.

11 It is so agreed and stipulated.

McGregor W. Scott
Untied States Attorney

DATED: 4-19-07

/s/ Jason Hitt (authorized by telephone)
_____
Mr. Jason Hitt
Assistant United States Attorney

DATED: 4-19-07

/s/ Timothy Zindel (authorized by telephone)
_____
Timothy Zindel
Attorney for Reginald Bowers

DATED: 4-19-07

/s/ James R. Greiner
_____
James R. Greiner
Attorney for Dorothy Jean Williams

2

1
2
3
4    **GOOD CAUSE APPEARING, IT IS SO ORDERED.**
5
6
   **DATED:  April 20, 2007**
7
8    _____
     WILLIAM B. SHUBB
9    UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                              3