```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
REGINALD BOWERS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR. S-06-288 WBS |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) |
| REGINALD BOWERS and | ) |
| DOROTHY WILLIAMS, | ) DATE:   June 11, 2007 |
| | ) Time:   8:30 a.m. |
| Defendants. | ) Judge:  Hon. William B. Shubb |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for June 11 may be continued to August 13, 2007, at 8:30 a.m.

   Additional matters remain under investigation and discussion between the parties, which the parties expect to resolve before the case is further scheduled. Time is needed to perform other tasks relating to the defense. So that these matters may be completed, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time

1 under the Speedy Trial Act may be excluded from the date of this order
2 through August 13, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
3 (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  June 6, 2007                    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for REGINALD BOWERS

Dated:  June 6, 2007                    /s/ T. Zindel for J. Greiner
                                        JAMES GREINER
                                        Attorney for DOROTHY WILLIAMS

                                        McGREGOR SCOTT
                                        United States Attorney

Dated:  June 6, 2007                    /s/ T. Zindel for J.H.
                                        JASON HITT
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to August 13, 2007, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 13, 2007.

IT IS SO ORDERED.

Dated: June 9, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. Bowers et al.          2