1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   REGINALD BOWERS
7

8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,    ) No. CR. S-06-288 WBS
                                )
13            Plaintiff,        )
                                ) **STIPULATION AND ORDER**
14     v.                       ) **CONTINUING STATUS CONFERENCE**
                                )
15 REGINALD BOWERS and          )
   DOROTHY WILLIAMS,            ) Date:  August 13, 2007
16                              ) Time:  8:30 a.m.
              Defendants.       ) Judge: Hon. William B. Shubb
17                              )
   _____ )
18

19     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
20 of America, and defendants, Reginald Bowers and Dorothy Williams, through
21 their respective attorneys, that the status conference scheduled for
22 August 13 may be continued to September 24, 2007, at 8:30 a.m.
23     Additional matters remain under investigation and discussion between
24 the parties, which the parties expect to resolve before the case is
25 further scheduled.  Time is needed to perform other tasks relating to the
26 defense.  So that these matters may be completed, the parties agree that
27 the ends of justice to be served by a continuance outweigh the best
28 interests of the public and the defendant in a speedy trial and that time

under the Speedy Trial Act may be excluded from the date of this order through September 24, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 8, 2007       /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for REGINALD BOWERS

Dated: August 8, 2007       /s/ T. Zindel for J. Greiner
                            JAMES GREINER
                            Attorney for DOROTHY WILLIAMS

                            McGREGOR SCOTT
                            United States Attorney

Dated: August 8, 2007       /s/ T. Zindel for J.Hitt
                            JASON HITT
                            Assistant U.S. Attorney

**O R D E R**

The status conference is continued to September 24, 2007, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through September 24, 2007.

IT IS SO ORDERED.

Dated: August 10, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. Bowers et al.          2