1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   REGINALD BOWERS

7

8

9                     IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )  No. 2:06-cr-0288 WBS
                                     )
13                   Plaintiff,      )
                                     )  **STIPULATION AND ORDER**
14        v.                         )  **CONTINUING STATUS CONFERENCE**
                                     )
15  REGINALD BOWERS and              )
    DOROTHY WILLIAMS,                )  Date:  September 24, 2007
16                                   )  Time:  8:30 a.m.
                     Defendants.     )  Judge: Hon. William B. Shubb
17                                   )
    _____ )
18

19        IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20  of America, and defendants, Reginald Bowers and Dorothy Williams, through

21  their respective attorneys, that the status conference scheduled for

22  September 24 may be continued to October 29, 2007, at 8:30 a.m.

23        Additional matters remain under investigation and discussion between

24  the parties.  Meanwhile, counsel for Mr. Bowers and government counsel

25  will be in trial during the remainder of September and much of October.

26  To afford time to complete remaining tasks relating to the defense and to

27  afford continuity of counsel, the parties agree that the ends of justice

28  to be served by a continuance outweigh the best interests of the public

1 | and the defendant in a speedy trial and that time under the Speedy Trial

2 | Act may be excluded from the date of this order through October 29, 2007,

3 | pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

4 |                               Respectfully submitted,

5 |                               DANIEL J. BRODERICK
  |                               Federal Defender

6 |

7 | Dated:   September 20, 2007        /s/ T. Zindel
  |                               TIMOTHY ZINDEL

8 |                               Assistant Federal Defender
  |                               Attorney for REGINALD BOWERS

9 |

10 | Dated:   September 20, 2007        /s/ T. Zindel for J. Greiner
   |                               JAMES GREINER

11 |                               Attorney for DOROTHY WILLIAMS

12 |                               McGREGOR SCOTT
   |                               United States Attorney

13 |

14 | Dated:   September 20, 2007        /s/ T. Zindel for J.Hitt
   |                               JASON HITT

15 |                               Assistant U.S. Attorney

16 |

17 | **O R D E R**

18 |    The status conference is continued to October 29, 2007, at 8:30 a.m.

19 | For the reasons set forth above, the court finds that the ends of justice

20 | to be served by a continuance outweigh the best interests of the public

21 | and the defendant in a speedy trial and therefore excludes time under the

22 | Speedy Trial Act through October 29, 2007.

23 |    IT IS SO ORDERED.

24 |

25 | Dated: September 20, 2007

26 |

27 | WILLIAM B. SHUBB
   | UNITED STATES DISTRICT JUDGE

28 |

Stip. in U.S.A. v. Bowers et al.      2