DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-cr-0288 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| REGINALD BOWERS and | ) |
| DOROTHY WILLIAMS, | ) Date:  October 29, 2007 |
| | ) Time:  8:30 a.m. |
| Defendants. | ) Judge: Hon. William B. Shubb |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for October 29, 2007 may be continued to November 19, 2007, at 8:30 a.m.

Counsel for the government is currently in trial, and the parties have yet to resolve outstanding issues. Additionally, Mr. Bowers has recently been hospitalized and continues to suffer serious medical issues. To afford time to complete remaining tasks relating to the defense and to afford continuity of counsel, the parties agree that the ends of justice to be served by a continuance outweigh the best interests

of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through November 19, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  October 25, 2007         /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for REGINALD BOWERS

Dated:  October 25, 2007         /s/ T. Zindel for J. Greiner
                                 JAMES GREINER
                                 Attorney for DOROTHY WILLIAMS


McGREGOR SCOTT
United States Attorney

Dated:  October 25, 2007         /s/ T. Zindel for J.Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney

### O R D E R

The status conference is continued to November 19, 2007, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through November 19, 2007.

IT IS SO ORDERED.

Dated: October 30, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE