DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-0288 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| REGINALD BOWERS and DOROTHY WILLIAMS, | Date:  November 19, 2007 |
| | Time:  8:30 a.m. |
| Defendants. | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for November 19 may be continued to January 14, 2008, at 8:30 a.m.

Additional matters remain under investigation and discussion between the parties. Meanwhile, counsel for Ms. Williams is in trial during December, while counsel for the government is now completing a six-week jury trial. To afford time to complete remaining tasks relating to the defense and to afford continuity of counsel, the parties agree that the ends of justice to be served by a continuance outweigh the best interests

1  of the public and the defendant in a speedy trial and that time under the
2  Speedy Trial Act may be excluded from the date of this order through
3  January 14, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local
4  Code T4).

5                                          Respectfully submitted,

6                                          DANIEL J. BRODERICK
                                           Federal Defender
7

8  Dated:   November 15, 2007              /s/ T. Zindel
                                           TIMOTHY ZINDEL
9                                          Assistant Federal Defender
                                           Attorney for REGINALD BOWERS
10

11 Dated:   November 15, 2007              /s/ T. Zindel for J. Greiner
                                           JAMES GREINER
12                                         Attorney for DOROTHY WILLIAMS

13                                         McGREGOR SCOTT
                                           United States Attorney
14

15 Dated:   November 15, 2007              /s/ T. Zindel for J.Hitt
                                           JASON HITT
16                                         Assistant U.S. Attorney

17                                **O R D E R**

18      The status conference is continued to January 14, 2008, at 8:30 a.m.
19 For the reasons set forth above, the court finds that the ends of justice
20 to be served by a continuance outweigh the best interests of the public
21 and the defendant in a speedy trial and therefore excludes time under the
22 Speedy Trial Act through January 14, 2008.
23      IT IS SO ORDERED.

24

25 Dated: November 19, 2007

26                              [signature]
27                              WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE
28

Stip. in U.S.A. v. Bowers et al.          2