```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
REGINALD BOWERS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>REGINALD BOWERS and<br>DOROTHY WILLIAMS,<br><br>　　　　　　Defendants.<br>_____ | No. CR-S-06-0288 WBS<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br><br>Date:　January 14, 2008<br>Time:　8:30 a.m.<br>Judge:　Hon. William B. Shubb |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for January 14, 2008 may be continued to February 19, 2008, at 8:30 a.m.

　　　Additional matters are still under investigation and discussion between the parties is ongoing. To afford time to complete remaining tasks relating to the defense and to afford continuity of counsel, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the

date of this order through February 19, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                               Respectfully submitted,

                                               DANIEL J. BRODERICK
Federal Defender

Dated:   January 10, 2008          /s/ T. Zindel
                                       TIMOTHY ZINDEL
                                       Assistant Federal Defender
                                       Attorney for REGINALD BOWERS

Dated:   January 10, 2008          /s/ T. Zindel for J. Greiner
                                       JAMES GREINER
                                       Attorney for DOROTHY WILLIAMS

                                       McGREGOR SCOTT
                                       United States Attorney

Dated:   January 10, 2008          /s/ T. Zindel for J.Hitt
                                       JASON HITT
                                       Assistant U.S. Attorney

**O R D E R**

    The status conference is continued to February 19, 2008, at 8:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through February 19, 2008.

    IT IS SO ORDERED.

Dated: January 11, 2008

                                       WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE