DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0288 WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | |
| REGINALD BOWERS and | ) | |
| DOROTHY WILLIAMS, | ) | Date:  March 3, 2008 |
| | ) | Time:  8:30 a.m. |
| Defendants. | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for March 3, 2008 may be continued to April 7, 2008, at 8:30 a.m.

    Additional matters remain under investigation and discussion between the parties is ongoing. To afford time to complete remaining tasks relating to the defense and to afford continuity of counsel, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from February 19, 2008

(date the matter was reset by the Court ) through April 7, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: February 27, 2008       /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for REGINALD BOWERS

Dated: February 27, 2008       /s/ T. Zindel for J. Greiner
                                      JAMES GREINER
                                      Attorney for DOROTHY WILLIAMS


                                      McGREGOR SCOTT
                                      United States Attorney

Dated: February 27, 2008       /s/ T. Zindel for J.Hitt
                                      JASON HITT
                                      Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 7, 2008, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through April 7, 2008.

IT IS SO ORDERED.

Dated: February 28, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. Bowers et al.      2