1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   REGINALD BOWERS

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. CR-S-06-0288 WBS
                                   )
12              Plaintiff,         )
                                   )  **STIPULATION AND ORDER**
13       v.                        )  **CONTINUING STATUS CONFERENCE**
                                   )
14  REGINALD BOWERS and            )
    DOROTHY WILLIAMS,              )  Date:  April 7, 2008
15                                 )  Time:  8:30 a.m.
                Defendants.        )  Judge: Hon. William B. Shubb
16                                 )
    _____ )
17

18       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

19  of America, and defendants, Reginald Bowers and Dorothy Williams, through

20  their respective attorneys, that the status conference scheduled for

21  April 7, 2008 may be continued to May 12, 2008, at 8:30 a.m.

22       Additional matters remain under investigation and discussion between

23  the parties is ongoing. To afford time to complete remaining tasks

24  relating to the defense and to afford continuity of counsel, the parties

25  agree that the ends of justice to be served by a continuance outweigh the

26  best interests of the public and the defendant in a speedy trial and that

27  time under the Speedy Trial Act may be excluded from the date of this

28  order through May 12, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and

1  (B)(iv)(Local Code T4).

2                                              Respectfully submitted,

3                                              DANIEL J. BRODERICK
                                               Federal Defender

4

5  Dated:  April 3, 2008                       /s/ T. Zindel
                                               TIMOTHY ZINDEL
6                                              Assistant Federal Defender
                                               Attorney for REGINALD BOWERS

7

8  Dated:  April 3, 2008                       /s/ T. Zindel for J. Greiner
                                               JAMES GREINER
9                                              Attorney for DOROTHY WILLIAMS

10

11                                             McGREGOR SCOTT
                                               United States Attorney

12

13  Dated:  April 3, 2008                      /s/ T. Zindel for J.Hitt
                                               JASON HITT
14                                             Assistant U.S. Attorney

15

16                          **O R D E R**

17      The status conference is continued to May 12, 2008, at 8:30 a.m.

18  For the reasons set forth above, the court finds that the ends of justice

19  to be served by a continuance outweigh the best interests of the public

20  and the defendant in a speedy trial and therefore excludes time under the

21  Speedy Trial Act through May 12, 2008.

22      IT IS SO ORDERED.

23  Dated: April 3, 2008

24  _____
    WILLIAM B. SHUBB
25  UNITED STATES DISTRICT JUDGE

26

27

28

Stip. in U.S.A. v. Bowers et al.          2