```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
REGINALD BOWERS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>REGINALD BOWERS and<br>DOROTHY WILLIAMS,<br><br>            Defendants.<br>_____ | No. CR-S-06-0288 WBS<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br><br>Date:  May 12, 2008<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for May 12, 2008 may be continued to June 23, 2008, at 8:30 a.m.

     There are several matters which remain under investigation and discussion between the parties is ongoing. To afford time to complete remaining tasks relating to the defense and to afford continuity of counsel, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be

excluded from the date of this order through June 23, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  May 7, 2008        /s/ T. Zindel
                           TIMOTHY ZINDEL
                           Assistant Federal Defender
                           Attorney for Defendant
                           REGINALD BOWERS

Dated:  May 7, 2008        /s/ T. Zindel for J. Greiner
                           JAMES GREINER
                           Attorney for Defendant
                           DOROTHY WILLIAMS


                           McGREGOR SCOTT
                           United States Attorney

Dated:  May 7, 2008        /s/ T. Zindel for J.Hitt
                           JASON HITT
                           Assistant U.S. Attorney


**O R D E R**

The status conference is continued to June 23, 2008, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through June 23, 2008.

IT IS SO ORDERED.

Dated:  May 9, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip/U.S.A. v. Bowers et al.        2