DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-0288 WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | |
| REGINALD BOWERS and ) | |
| DOROTHY WILLIAMS, ) | Date:  June 23, 2008 |
| ) | Time:  8:30 a.m. |
| Defendants. ) | Judge: Hon. William B. Shubb |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for June 23, 2008 may be continued to August 11, 2008, at 8:30 a.m.

Several matters remain under investigation and discussion between the parties is ongoing. To afford time to complete remaining tasks relating to the defense and to afford continuity of counsel, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this

1  order through August 11, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
2  (B)(iv)(Local Code T4).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5

6  Dated:   June 19, 2008                  /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for Defendant
8                                          REGINALD BOWERS

9
   Dated:   June 19, 2008                  /s/ T. Zindel for J. Greiner
10                                         JAMES GREINER
                                           Attorney for Defendant
11                                         DOROTHY WILLIAMS

12

13                                         McGREGOR SCOTT
                                           United States Attorney
14

15 Dated:   June 19, 2008                  /s/ T. Zindel for J.Hitt
                                           JASON HITT
16                                         Assistant U.S. Attorney

17

18                              **O R D E R**

19      The status conference is continued to August 11, 2008, at 8:30 a.m.
20 For the reasons set forth above, the court finds that the ends of justice
21 to be served by a continuance outweigh the best interests of the public
22 and the defendant in a speedy trial and therefore excludes time under the
23 Speedy Trial Act through August 11, 2008.
24      IT IS SO ORDERED.
25 Dated:   June 20, 2008

26
                            _____
27                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
28