```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  REGINALD BOWERS

 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        ) No. 2:06-CR-0288 WBS
                                     )
13                 Plaintiff,        )
                                     ) STIPULATION AND ORDER
14       v.                          ) CONTINUING STATUS CONFERENCE
                                     ) AND EXCLUDING TIME
15  REGINALD BOWERS and              )
    DOROTHY WILLIAMS,                ) Date:  August 11, 2008
16                                   ) Time:  8:30 a.m.
                   Defendants.       ) Judge: Hon. William B. Shubb
17                                   )
    _____)
18
```

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
20 of America, and defendants, Reginald Bowers and Dorothy Williams, through
21 their respective attorneys, that the status conference scheduled for
22 August 11, 2008 may be continued to September 29, 2008, at 8:30 a.m.
23      Several matters remain under investigation and discussion between
24 the parties is ongoing. To afford time to complete remaining tasks
25 relating to the defense and to afford continuity of counsel, the parties
26 agree that the ends of justice to be served by a continuance outweigh the
27 best interests of the public and the defendant in a speedy trial and that
28 time under the Speedy Trial Act may be excluded from the date of this

order through September 29, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  August 7, 2008               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        REGINALD BOWERS

Dated:  August 7, 2008               /s/ T. Zindel for J. Greiner
                                        JAMES GREINER
                                        Attorney for Defendant
                                        DOROTHY WILLIAMS


                                        McGREGOR SCOTT
                                        United States Attorney

Dated:  August 7, 2008               /s/ T. Zindel for J.Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney


**O R D E R**

    The status conference is continued to September 29, 2008, at 8:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through September 29, 2008.

    IT IS SO ORDERED.

Dated:  August 7, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip/U.S.A. v. Bowers et al.               2