DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-CR-0288 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| REGINALD BOWERS and | ) **AND EXCLUDING TIME** |
| DOROTHY WILLIAMS, | ) Date:  September 29, 2008 |
| Defendants. | ) Time:  8:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for September 29, 2008 may be continued to October 27, 2008, at 8:30 a.m.

    The parties have made significant progress toward resolving the case, but a number of issues remain to be resolved. To afford time to complete remaining tasks relating to the defense and to afford continuity of counsel, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be

excluded from the date of this order through October 27, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
Federal Defender

Dated: September 24, 2008        /s/ T. Zindel
                                              TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Defendant
REGINALD BOWERS

Dated: September 24, 2008        /s/ T. Zindel for J. Greiner
                                              JAMES GREINER
Attorney for Defendant
DOROTHY WILLIAMS

                                              McGREGOR SCOTT
United States Attorney

Dated:  September 24, 2008        /s/ T. Zindel for J.Hitt
                                              JASON HITT
Assistant U.S. Attorney

## O R D E R

    The status conference is continued to October 27, 2008, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 27, 2008.

    IT IS SO ORDERED.

Dated: September 26, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip/U.S.A. v. Bowers et al.        2