DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            ) <br>        Plaintiff, )<br>            )<br>    v.      )<br>            )<br>REGINALD BOWERS and )<br>DOROTHY WILLIAMS, )<br>            )<br>        Defendants. )<br>_____ ) | No. 2:06-CR-0288 WBS<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  October 27, 2008<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for October 27, 2008 may be continued to November 3, 2008, at 8:30 a.m.

    The parties are approaching a final resolution of the case and it appears likely the case will resolve during November.  To afford time to complete remaining tasks relating to the defense and to afford continuity of counsel, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be

1  excluded from the date of this order through November 3, 2008, pursuant
2  to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: October 22, 2008                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        REGINALD BOWERS

Dated: October 22, 2008                 /s/ T. Zindel for J. Greiner
                                        JAMES GREINER
                                        Attorney for Defendant
                                        DOROTHY WILLIAMS


                                        McGREGOR SCOTT
                                        United States Attorney

Dated: October 22, 2008                 /s/ T. Zindel for J.Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to November 3, 2008, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through November 3, 2008.

IT IS SO ORDERED.

Dated: October 24, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip/U.S.A. v. Bowers et al.              2