1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  REGINALD BOWERS

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        ) No. 2:06-CR-0288 WBS
                                     )
14                  Plaintiff,       )
                                     ) **STIPULATION AND ORDER**
15        v.                         ) **CONTINUING STATUS CONFERENCE**
                                     ) **AND EXCLUDING TIME**
16  REGINALD BOWERS and              )
    DOROTHY WILLIAMS,                ) Date:   November 3, 2008
17                                   ) Time:   8:30 a.m.
                    Defendants.      ) Judge:  Hon. William B. Shubb
18                                   )
    _____ )
19

20        IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendants, Reginald Bowers and Dorothy Williams, through

22  their respective attorneys, that the status conference scheduled for

23  November 3, 2008 may be continued to December 8, 2008, at 8:30 a.m.

24        The parties are negotiating a plea agreement and have agreed to ask

25  Probation review their criminal history calculations as to Mr. Bowers.

26  They jointly ask that the Court refer the case to Probation for a

27  calculation of Mr. Bowers' criminal history score.  The parties further

28  agree that the time should be excluded under 18 U.S.C. § 3161(h)(8)(A)

1   and(B)(iv)so that this review may be done and the plea agreement

2   finalized.

3                                    Respectfully submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender

5

6   Dated: October 30, 2008          /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for Defendant
8                                    REGINALD BOWERS

9
    Dated: October 30, 2008          /s/ T. Zindel for J. Greiner
10                                   JAMES GREINER
                                     Attorney for Defendant
11                                   DOROTHY WILLIAMS

12

13                                   McGREGOR SCOTT
                                     United States Attorney

14

15  Dated: October 30, 2008          /s/ T. Zindel for J.Hitt
                                     JASON HITT
16                                   Assistant U.S. Attorney

17

18                          **O R D E R**

19      The status conference is continued to December 8, 2008, at 8:30 a.m.

20  For the reasons set forth above, the court finds that the ends of justice

21  to be served by a continuance outweigh the best interests of the public

22  and the defendant in a speedy trial and therefore excludes time under the

23  Speedy Trial Act through December 8, 2008.

24      IT IS SO ORDERED.

25  Dated: October 30, 2008

26

27  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

28

Stip/U.S.A. v. Bowers et al.            2