```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  REGINALD BOWERS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-CR-0288 WBS |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| REGINALD BOWERS and | ) |
| DOROTHY WILLIAMS, | ) Date:  December 8, 2008 |
| | ) Time:  8:30 a.m. |
| Defendants. | ) Judge: Hon. William B. Shubb |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for December 8, 2008 may be continued to January 12, 2009 at 8:30 a.m.

   The parties seek additional time to consider probation's recent criminal history calculation in light of their existing negotiations. To afford time to complete remaining tasks relating to the defense and to afford continuity of counsel, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public

1  and the defendant in a speedy trial and that time under the Speedy Trial
2  Act may be excluded from December 8, 2008 through January 12, 2009,
3  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

4                                    Respectfully submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender
6

7  Dated: December 3, 2008                /s/ T. Zindel
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for Defendant
9                                    REGINALD BOWERS

10
   Dated: December 3, 2008                /s/ T. Zindel for J. Greiner
11                                   JAMES GREINER
                                     Attorney for Defendant
12                                   DOROTHY WILLIAMS

13

14                                   McGREGOR SCOTT
                                     United States Attorney
15

16 Dated: December 3, 2008                /s/ T. Zindel for J.Hitt
                                     JASON HITT
17                                   Assistant U.S. Attorney

18  **O R D E R**

19      The status conference is continued to January 12, 2009, at 8:30 a.m.
20  For the reasons set forth above, the court finds that the ends of justice
21  to be served by a continuance outweigh the best interests of the public
22  and the defendant in a speedy trial and therefore excludes time under the
23  Speedy Trial Act through January 12, 2009.

24      IT IS SO ORDERED.

25  Dated: December 3, 2008

26                                    *[signature]*
27                                  WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE
28