```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
REGINALD BOWERS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>REGINALD BOWERS and<br>DOROTHY WILLIAMS,<br><br>              Defendants. | No. 2:06-CR-0288 WBS<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:   January 12, 2009<br>Time:   8:30 a.m.<br>Judge:  Hon. William B. Shubb |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for January 12, 2009 may be continued to February 9, 2009 at 8:30 a.m.

    The parties seek additional time to consider resolving the case in light of probation's criminal history calculations. The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time

///

1  under the Speedy Trial Act may be excluded from January 12, 2009 through
2  February 9, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local
3  Code T4).

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

Dated: January 9, 2009              /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    REGINALD BOWERS

Dated: January 9, 2009              /s/ T. Zindel for J. Greiner
                                    JAMES GREINER
                                    Attorney for Defendant
                                    DOROTHY WILLIAMS


                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

Dated: December 3, 2008             /s/ T. Zindel for J.Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney

### O R D E R

The status conference is continued to February 9, 2009, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through February 9, 2009.

IT IS SO ORDERED.

Dated: January 9, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip/U.S.A. v. Bowers et al.                2