DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-0288 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| REGINALD BOWERS and DOROTHY WILLIAMS, | Date:  February 9, 2009 |
| | Time:  8:30 a.m. |
| Defendants. | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for February 9, 2009, may be continued to April 13, 2009, at 8:30 a.m.

Additional matters remain unresolved, although the parties are considering several proposed resolutions. Meanwhile, counsel for Mr. Bowers will be in a four- to six-week jury trial during February and March. To afford time to complete remaining tasks relating to the negotiations and to afford continuity of defense counsel, the parties agree that the ends of justice to be served by a continuance outweigh the

best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through April 13, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

Dated:   February 5, 2009        /s/ T. Zindel
                                              TIMOTHY ZINDEL
                                              Assistant Federal Defender
                                              Attorney for REGINALD BOWERS

Dated:   February 5, 2009        /s/ T. Zindel for J. Greiner
                                              JAMES GREINER
                                              Attorney for DOROTHY WILLIAMS

                                              LAWRENCE G. BROWN
                                              Acting United States Attorney

Dated:   February 5, 2009        /s/ T. Zindel for J.Hitt
                                              JASON HITT
                                              Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 13, 2009, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through April 13, 2009.

IT IS SO ORDERED.

Dated:   February 6, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE