DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0288 WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | |
| REGINALD BOWERS and ) | |
| DOROTHY WILLIAMS, ) | Date: April 13, 2009 |
| ) | Time: 8:30 a.m. |
| Defendants. ) | Judge: Hon. William B. Shubb |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for April 13, 2009, may be continued to June 8, 2009, at 8:30 a.m.

Defense investigation and preparation is ongoing. Also, counsel for Mr. Bowers is currently in a complex jury trial during April and May. To afford time to complete remaining tasks relating to the negotiations and to afford continuity of defense counsel, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the

Speedy Trial Act may be excluded from the date of this order through June 8, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: April 8, 2009              /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for REGINALD BOWERS

Dated: April 8, 2009              /s/ T. Zindel for J. Greiner
                                      JAMES GREINER
                                      Attorney for DOROTHY WILLIAMS

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

Dated: April 8, 2009              /s/ T. Zindel for J.Hitt
                                      JASON HITT
                                      Assistant U.S. Attorney

## O R D E R

The status conference is continued to June 8, 2009, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through June 8, 2009.

IT IS SO ORDERED.

Dated: April 9, 2009

                                      WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE