DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0288 WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | |
| REGINALD BOWERS and ) | |
| DOROTHY WILLIAMS, ) | Date:  June 8, 2009 |
| ) | Time:  8:30 a.m. |
| Defendants. ) | Judge: Hon. William B. Shubb |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for June 8, 2009, may be continued to July 27, 2009, at 8:30 a.m.

Defense investigation and preparation is ongoing. Also, counsel for Mr. Bowers is currently in a complex jury trial during June. To afford time to complete remaining tasks relating to the negotiations and to afford continuity of defense counsel, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy

Trial Act may be excluded from the date of this order through July 27, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   June 2, 2009          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for REGINALD BOWERS

Dated:   June 2, 2009          /s/ T. Zindel for J. Greiner
                               JAMES GREINER
                               Attorney for DOROTHY WILLIAMS

                               LAWRENCE G. BROWN
                               Acting United States Attorney

Dated:   June 2, 2009          /s/ T. Zindel for J.Hitt
                               JASON HITT
                               Assistant U.S. Attorney

**O R D E R**

The status conference is continued to July 27, 2009, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through July 27, 2009.

IT IS SO ORDERED.

Dated:   June 3, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. Bowers et al.          2