DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0288 WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | |
| REGINALD BOWERS and ) | |
| DOROTHY WILLIAMS, ) | Date:  July 27, 2009 |
| ) | Time:  8:30 a.m. |
| Defendants. ) | Judge: Hon. William B. Shubb |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for July 27, 2009, may be continued to September 14, 2009, at 8:30 a.m.

Defense investigation and preparation is ongoing.  To afford time to complete remaining tasks relating to the negotiations and to afford continuity of defense counsel, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial

1  Act may be excluded from the date of this order through September 14,
2  2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4.
3                                          Respectfully submitted,
4                                          DANIEL J. BRODERICK
                                           Federal Defender
5
6  Dated:  July 20, 2009                   /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for REGINALD BOWERS
8
9  Dated:  July 20, 2009                   /s/ T. Zindel for J. Greiner
                                           JAMES GREINER
10                                         Attorney for DOROTHY WILLIAMS
11
12                                         LAWRENCE G. BROWN
                                           Acting United States Attorney
13
14 Dated:  July 20, 2009                   /s/ T. Zindel for J.Hitt
                                           JASON HITT
15                                         Assistant U.S. Attorney
16
17                              **O R D E R**
18     The status conference is continued to September 14, 2009, at 8:30
19 a.m.  For the reasons set forth above, the court finds that the ends of
20 justice to be served by a continuance outweigh the best interests of the
21 public and the defendant in a speedy trial and therefore excludes time
22 under the Speedy Trial Act through September 14, 2009.
23     IT IS SO ORDERED.
24
25 Dated: July 20, 2009
26
                        _____
27                      WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE
28

Stip. in U.S.A. v. Bowers et al.          2