```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
REGINALD BOWERS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-0288 WBS |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | **CONTINUING STATUS CONFERENCE** |
| REGINALD BOWERS and DOROTHY WILLIAMS, | Date: September 14, 2009 |
| | Time: 8:30 a.m. |
| Defendants. | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for September 14, 2009, may be continued to October 26, 2009, at 8:30 a.m.

The parties' investigation and preparation is ongoing and recent legislative developments may affect the parties' negotiations. To afford time to complete tasks relating to the negotiations and to afford continuity of counsel, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the

1  defendant in a speedy trial and that time under the Speedy Trial Act may
2  be excluded from the date of this order through October 26, 2009,
3  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  September 10, 2009      /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for REGINALD BOWERS

Dated:  September 10, 2009      /s/ T. Zindel for J. Greiner
                                JAMES GREINER
                                Attorney for DOROTHY WILLIAMS

                                LAWRENCE G. BROWN
                                United States Attorney

Dated:  September 10, 2009      /s/ T. Zindel for J.Hitt
                                JASON HITT
                                Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 26, 2009, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 26, 2009.

IT IS SO ORDERED.

Dated:  September 14, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. Bowers et al.        2