DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0288 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | |
| REGINALD BOWERS and | ) | |
| DOROTHY WILLIAMS, | ) | Date:  October 26, 2009 |
| | ) | Time:  8:30 a.m. |
| Defendants. | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for October 26, 2009, may be continued to December 7, 2009, at 8:30 a.m.

   Assistant U.S. Attorney Jason Hitt will be in a jury trial. Also, the parties' investigation and preparation is ongoing and recent legislative developments may affect the parties' negotiations. To afford time to complete tasks relating to the negotiations and to afford continuity of counsel, the parties agree that the ends of justice to be

1 served by a continuance outweigh the best interests of the public and the
2 defendant in a speedy trial and that time under the Speedy Trial Act may
3 be excluded from the date of this order through December 7, 2009,
4 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

5                                              Respectfully submitted,

6                                              DANIEL J. BRODERICK
                                               Federal Defender
7

8 Dated:   October 22, 2009           /s/ T. Zindel
                                      TIMOTHY ZINDEL
9                                     Assistant Federal Defender
                                      Attorney for REGINALD BOWERS
10

11 Dated:  October 22, 2009           /s/ T. Zindel for J. Greiner
                                      JAMES GREINER
12                                    Attorney for DOROTHY WILLIAMS

13                                    LAWRENCE G. BROWN
                                      United States Attorney
14

15 Dated:  October 22, 2009           /s/ T. Zindel for J.Hitt
                                      JASON HITT
16                                    Assistant U.S. Attorney

17

18                                **O R D E R**

19      The status conference is continued to December 7, 2009, at 8:30 a.m.
20 For the reasons set forth above, the court finds that the ends of justice
21 to be served by a continuance outweigh the best interests of the public
22 and the defendant in a speedy trial and therefore excludes time under the
23 Speedy Trial Act through December 7, 2009.
24      IT IS SO ORDERED.
25 ated: October 22, 2009
26
27                         WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE
28