```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    REGINALD BOWERS
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0288 WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | |
| REGINALD BOWERS and ) | |
| DOROTHY WILLIAMS, ) | Date:  December 7, 2009 |
| ) | Time:  8:30 a.m. |
| Defendants. ) | Judge: Hon. William B. Shubb |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for December 7, 2009, may be continued to January 25, 2010, at 8:30 a.m.

The parties' investigation and preparation is ongoing and recent legislative developments may affect the parties' negotiations. To afford time to complete tasks relating to the negotiations and to afford continuity of counsel, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the

1  defendant in a speedy trial and that time under the Speedy Trial Act may
2  be excluded from the date of this order through January 25, 2010,
3  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: December 2, 2009         /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for REGINALD BOWERS

Dated: December 2, 2009         /s/ T. Zindel for J. Greiner
                                      JAMES GREINER
                                      Attorney for DOROTHY WILLIAMS

                                      BENJAMIN WAGNER
                                      United States Attorney

Dated: December 2, 2009         /s/ T. Zindel for J.Hitt
                                      JASON HITT
                                      Assistant U.S. Attorney

## O R D E R

The status conference is continued to January 25, 2010, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 25, 2010.

IT IS SO ORDERED.

Dated: December 3, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. Bowers et al.        2