```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    REGINALD BOWERS
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0288 WBS |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | |
| REGINALD BOWERS and | ) | |
| DOROTHY WILLIAMS, | ) | Date: January 25, 2010 |
| | ) | Time: 8:30 a.m. |
| Defendants. | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for January 25, 2010, may be continued to March 8, 2010, at 8:30 a.m.

The parties' investigation and preparation is ongoing and recent legislative developments may affect the parties' negotiations. To afford time to complete tasks relating to the negotiations and to afford continuity of counsel, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the

1  defendant in a speedy trial and that time under the Speedy Trial Act may
2  be excluded from the date of this order through March 8, 2010, pursuant
3  to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   January 21, 2010               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for REGINALD BOWERS

Dated:   January 21, 2010               /s/ T. Zindel for J. Greiner
                                        JAMES GREINER
                                        Attorney for DOROTHY WILLIAMS

                                        BENJAMIN WAGNER
                                        United States Attorney

Dated:   January 21, 2010               /s/ T. Zindel for J.Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

**O R D E R**

The status conference is continued to March 8, 2010, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 8, 2010.

IT IS SO ORDERED.

Dated: January 22, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE