DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,       )<br>                              )<br>     v.                       )<br>                              )<br>REGINALD BOWERS and           )<br>DOROTHY WILLIAMS,             )<br>                              )<br>            Defendants.       )<br>_____ ) | No. 2:06-cr-0288 WBS<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br><br>Date:  March 8, 2010<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for March 8, 2010, may be continued to April 26, 2010, at 8:30 a.m.

   The parties' investigation and preparation is ongoing and recent legislative developments may affect the parties' negotiations. Also, defense counsel will be out of the country and unavailable between March 18 and April 12. To afford time to complete tasks relating to the negotiations and to afford continuity of counsel, the parties agree that the ends of justice to be served by a continuance outweigh the best

1  interests of the public and the defendant in a speedy trial and that time
2  under the Speedy Trial Act may be excluded from the date of this order
3  through April 26, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
4  (B)(iv).

                                         Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender


Dated:  March 4, 2010                    /s/ T. Zindel
                                         TIMOTHY ZINDEL
                                         Assistant Federal Defender
                                         Attorney for REGINALD BOWERS


Dated:  March 4, 2010                    /s/ T. Zindel for J. Greiner
                                         JAMES GREINER
                                         Attorney for DOROTHY WILLIAMS

                                         BENJAMIN B. WAGNER
                                         United States Attorney


Dated:  March 4, 2010                    /s/ T. Zindel for J.Hitt
                                         JASON HITT
                                         Assistant U.S. Attorney


                               **O R D E R**

The status conference is continued to April 26, 2010, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through April 26, 2010.

   IT IS SO ORDERED.

Dated: March 4, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. Bowers et al.          2