1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   REGINALD BOWERS

7

8

9           IN THE UNITED STATES DISTRICT COURT

10         FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     ) No. 2:06-cr-0288 WBS
                                  )
14                 Plaintiff,     )
                                  ) **STIPULATION AND ORDER**
15       v.                       ) **CONTINUING STATUS CONFERENCE**
                                  )
16  REGINALD BOWERS and           )
    DOROTHY WILLIAMS,             ) Date:   April 26, 2010
17                                ) Time:   8:30 a.m.
                   Defendants.    ) Judge:  Hon. William B. Shubb
18                                )
   _____ )
19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendants, Reginald Bowers and Dorothy Williams, through

22  their respective attorneys, that the status conference scheduled for

23  April 26, 2010, may be continued to June 14, 2010, at 8:30 a.m.

24      The parties' investigation and preparation is ongoing and recent

25  legislative developments may affect the parties' negotiations.  To afford

26  time to complete tasks relating to the negotiations and to afford

27  continuity of counsel, the parties agree that the ends of justice to be

28  served by a continuance outweigh the best interests of the public and the

1  defendant in a speedy trial and that time under the Speedy Trial Act may

2  be excluded from the date of this order through June 14, 2010, pursuant

3  to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

4                                    Respectfully submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender
6

7  Dated:  April 21, 2010           /s/ T. Zindel
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for REGINALD BOWERS
9

10 Dated:  April 21, 2010           /s/ T. Zindel for J. Greiner
                                     JAMES GREINER
11                                   Attorney for DOROTHY WILLIAMS

12                                   BENJAMIN B. WAGNER
                                     United States Attorney
13

14 Dated:  April 21, 2010           /s/ T. Zindel for J.Hitt
                                     JASON HITT
15                                   Assistant U.S. Attorney

16

17                          O R D E R

18      The status conference is continued to June 14, 2010, at 8:30 a.m.

19 For the reasons set forth above, the court finds that the ends of justice

20 to be served by a continuance outweigh the best interests of the public

21 and the defendant in a speedy trial and therefore excludes time under the

22 Speedy Trial Act through June 14, 2010.

23      IT IS SO ORDERED.

24 Dated:  April 21, 2010

25

26                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
27

28