1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   REGINALD BOWERS

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,       ) No. 2:06-cr-0288 WBS
                                   )
14              Plaintiff,         )
                                   ) **STIPULATION AND ORDER**
15     v.                          ) **CONTINUING STATUS CONFERENCE**
                                   )
16 REGINALD BOWERS and             )
   DOROTHY WILLIAMS,               ) Date:  July 19, 2010
17                                 ) Time:  8:30 a.m.
                Defendants.        ) Judge: Hon. William B. Shubb
18                                 )
   _____  )

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendants, Reginald Bowers and Dorothy Williams, through
22 their respective attorneys, that the status conference scheduled for July
23 19, 2010, may be continued to September 20, 2010, at 8:30 a.m.
24      The parties' investigation and preparation is ongoing and recent
25 legislative developments may affect the parties' negotiations.  To afford
26 time to complete tasks relating to the negotiations and to afford
27 continuity of counsel, the parties agree that the ends of justice to be
28 served by a continuance outweigh the best interests of the public and the

1  defendant in a speedy trial and that time under the Speedy Trial Act may
2  be excluded from the date of this order through September 20, 2010,
3  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: July 14, 2010                    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for REGINALD BOWERS

Dated: July 14, 2010                    /s/ T. Zindel for J. Greiner
                                        JAMES GREINER
                                        Attorney for DOROTHY WILLIAMS

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: July 14, 2010                    /s/ T. Zindel for J.Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

## O R D E R

The status conference is continued to September 20, 2010, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through September 20, 2010.

   IT IS SO ORDERED.


Dated: July 14, 2010

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28