DANIEL J. BRODERICK, # 89424
Federal Defender
TIMOTHY ZINDEL, Bar # 158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-CR-0288 WBS |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER SEALING HEARING** |
| v. ) | |
| ) | |
| REGINALD BOWERS et al., ) | |
| ) | |
| Defendants. ) | Judge: Hon. Edmund F. Brennan |
| _____ ) | |

At the bail review held September 7, 2010, defense counsel made an oral request that the evidentiary hearing be ordered sealed pursuant to Local Rule 39-141 for reasons stated on the record. Counsel for the United States agreed that the hearing should be ordered sealed. Accordingly, the contents of the hearing held September 7, 2010, are hereby ordered sealed, except as to the clerk's minutes and orders issued subsequent to the hearing.

IT IS SO ORDERED.

Dated: September 14, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE