1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   REGINALD BOWERS
7

8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       ) No. 2:06-cr-0288 WBS
                                   )
14              Plaintiff,         )
                                   ) **STIPULATION AND ORDER**
15       v.                        ) **CONTINUING STATUS CONFERENCE**
                                   )
16 REGINALD BOWERS and             )
   DOROTHY WILLIAMS,               ) Date:  September 20, 2010
17                                 ) Time:  8:30 a.m.
                Defendants.        ) Judge: Hon. William B. Shubb
18                                 )
   _____ )
19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendants, Reginald Bowers and Dorothy Williams, through
22 their respective attorneys, that the status conference scheduled for
23 September 20, 2010, may be continued to October 25, 2010, at 8:30 a.m.
24      The magistrate judge ordered Mr. Bowers released on bond and defense
25 counsel is presently satisfying the conditions of the release.  Although
26 the parties expect to resolve the case, a final agreement has not been
27 reached and negotiations are ongoing. To afford continuity of counsel,
28 the parties agree that the ends of justice to be served by a continuance

outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through October 25, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   September 15, 2010          /s/ T. Zindel
                                     TIMOTHY ZINDEL
                                     Assistant Federal Defender
                                     Attorney for REGINALD BOWERS

Dated:   September 15, 2010          /s/ T. Zindel for J. Greiner
                                     JAMES GREINER
                                     Attorney for DOROTHY WILLIAMS

                                     BENJAMIN B. WAGNER
                                     United States Attorney

Dated:   September 15, 2010          /s/ T. Zindel for J.Hitt
                                     JASON HITT
                                     Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 25, 2010, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 25, 2010.

IT IS SO ORDERED.

Dated:   September 16, 2010

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. Bowers et al.          2