```
                                                          FILED
                                                          September 28, 2010
         UNITED STATES DISTRICT COURT FOR THE             CLERK, US DISTRICT COURT
                                                          EASTERN DISTRICT OF
           EASTERN DISTRICT OF CALIFORNIA                 CALIFORNIA
                                                          DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
) Case No. CR.S-06-0288-WBS
      Plaintiff, )
v. )
) ORDER FOR RELEASE OF
REGINALD BOWERS, ) PERSON IN CUSTODY
      Defendant. )
)
_____ )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release REGINALD BOWERS, Case No. CR.S-06-0288-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $125,000.00.

    ___ Unsecured Appearance Bond

    _X_ Secured Appearance Bond

    _X_ (Other) Conditions as previously stated on the record.

    _X_ (Other) The defendant is released to the 3rd party custody of Dorothy Jean Williams.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 09-28-10 at 2:50 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge