```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    REGINALD BOWERS
 7

 8
```

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

| | | |
|---|---|---|
| 13 UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0288 WBS |
| | ) | |
| 14            Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| 15     v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | |
| 16 REGINALD BOWERS and | ) | |
|    DOROTHY WILLIAMS, | ) | Date: December 20, 2010 |
| 17 | ) | Time: 8:30 a.m. |
|            Defendants. | ) | Judge: Hon. William B. Shubb |
| 18 | ) | |
| _____ | ) | |
| 19 | | |

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendants, Reginald Bowers and Dorothy Williams, through

22 their respective attorneys, that the status conference scheduled for

23 December 20, 2010, may be continued to February 14, 2011, at 8:30 a.m.

24      Mr. Bowers was recently released on bond. His release is likely to

25 affect the disposition presently under consideration by the parties who

26 therefore seek additional time to continue their negotiations. The

27 parties agree that the ends of justice to be served by a continuance

28 outweigh the best interests of the public and the defendant in a speedy

1  trial and that time under the Speedy Trial Act may be excluded from the
2  date of this order through February 14, 2011, pursuant to 18 U.S.C. §
3  3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: December 15, 2010      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for REGINALD BOWERS

Dated: December 15, 2010      /s/ T. Zindel for J. Greiner
JAMES GREINER
Attorney for DOROTHY WILLIAMS

BENJAMIN B. WAGNER
United States Attorney

Dated: December 15, 2010      /s/ T. Zindel for J.Hitt
JASON HITT
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to February 14, 2011, at 8:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through February 14, 2011.

IT IS SO ORDERED.

Dated: December 15, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE