```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
REGINALD BOWERS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-cr-0288 WBS |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) |
| REGINALD BOWERS and | ) |
| DOROTHY WILLIAMS, | ) Date: February 14, 2011 |
| | ) Time: 8:30 a.m. |
| Defendants. | ) Judge: Hon. William B. Shubb |
| _____ | ) |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for February 14, 2011, may be continued to April 11, 2011, at 8:30 a.m.

    Mr. Bowers was recently released on bond. His release is likely to affect the disposition presently under consideration by the parties who therefore seek additional time to continue their negotiations. The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy

1  trial and that time under the Speedy Trial Act may be excluded from the
2  date of this order through April 11, 2011, pursuant to 18 U.S.C. §
3  3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  February 9, 2011    /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for REGINALD BOWERS

Dated:  February 9, 2011    /s/ T. Zindel for J. Greiner
                            JAMES GREINER
                            Attorney for DOROTHY WILLIAMS

                            BENJAMIN B. WAGNER
                            United States Attorney

Dated:  February 9, 2011    /s/ T. Zindel for J.Hitt
                            JASON HITT
                            Assistant U.S. Attorney

# **O R D E R**

The status conference is continued to April 11, 2011, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through April 11, 2011.

IT IS SO ORDERED.

Dated:  February 9, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. Bowers et al.         2