1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   REGINALD BOWERS
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,          )  No. 2:06-cr-0288 WBS
                                       )
14                    Plaintiff,       )
                                       )  **STIPULATION AND ORDER**
15        v.                           )  **CONTINUING STATUS CONFERENCE**
                                       )
16  REGINALD BOWERS and                )
    DOROTHY WILLIAMS,                  )  Date:  April 11, 2011
17                                     )  Time:  8:30 a.m.
                      Defendants.      )  Judge: Hon. William B. Shubb
18                                     )
    _____ )
19

20        IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendants, Reginald Bowers and Dorothy Williams, through

22  their respective attorneys, that the status conference scheduled for

23  April 11, 2011, may be continued to June 6, 2011, at 8:30 a.m.

24        Mr. Bowers was released on bond.  His release is likely to affect

25  the disposition presently under consideration by the parties who

26  therefore seek additional time to continue their negotiations.  The

27  parties agree that the ends of justice to be served by a continuance

28  outweigh the best interests of the public and the defendant in a speedy

1  trial and that time under the Speedy Trial Act may be excluded from the

2  date of this order through June 6, 2011, pursuant to 18 U.S.C. §

3  3161(h)(7)(A) and (B)(iv).

4                                     Respectfully submitted,

5                                     DANIEL J. BRODERICK
                                      Federal Defender
6

7  Dated:  April 7, 2011              /s/ *T. Zindel*
                                      TIMOTHY ZINDEL
8                                     Assistant Federal Defender
                                      Attorney for REGINALD BOWERS
9

10 Dated:  April 7, 2011              /s/ *T. Zindel for J. Greiner*
                                      JAMES GREINER
11                                    Attorney for DOROTHY WILLIAMS

12                                    BENJAMIN B. WAGNER
                                      United States Attorney
13

14 Dated:  April 7, 2011              /s/ *T. Zindel for J.Hitt*
                                      JASON HITT
15                                    Assistant U.S. Attorney

16

17                          **O R D E R**

18      The status conference is continued to June 6, 2011, at 8:30 a.m.

19 For the reasons set forth above, the court finds that the ends of justice

20 to be served by a continuance outweigh the best interests of the public

21 and the defendant in a speedy trial and therefore excludes time under the

22 Speedy Trial Act through June 6, 2011.

23      IT IS SO ORDERED.

24

25 Dated:  April 8, 2011

26

27 WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

28

Stip. in U.S.A. v. Bowers et al.          2