DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             ) | No. 2:06-CR-0288 WBS |
| ) | |
| Plaintiff,      ) | |
| ) | **STIPULATION AND ORDER** |
| v.                     ) | **CONTINUING STATUS CONFERENCE** |
| ) | |
| REGINALD BOWERS and             ) | |
| DOROTHY WILLIAMS,               ) | Date:  June 6, 2011 |
| ) | Time:  8:30 a.m. |
| Defendants.     ) | Judge: Hon. William B. Shubb |
| ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for June 6, 2011, may be continued to August 8, 2011, at 8:30 a.m.

    Mr. Bowers release on bond has altered the likely resolution of the case and the parties therefore seek additional time for their negotiations. The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be

1  excluded from the date of this order through August 8, 2011, pursuant to
2  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   June 2, 2011                   /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for REGINALD BOWERS

Dated:   June 2, 2011                   /s/ T. Zindel for J. Greiner
                                        JAMES GREINER
                                        Attorney for DOROTHY WILLIAMS

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:   June 2, 2011                   /s/ T. Zindel for J.Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

# O R D E R

The status conference is continued to August 8, 2011, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 8, 2011.

IT IS SO ORDERED.

Dated:   June 2, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. Bowers et al.        2