DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>              Plaintiff,           )<br>                                   )<br>     v.                            )<br>                                   )<br>REGINALD BOWERS and                )<br>DOROTHY WILLIAMS,                  )<br>                                   )<br>              Defendants.          )<br>_____) | No. 2:06-CR-0288 WBS<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE AND**<br>**EXCLUDING TIME**<br><br>Date:  August 8, 2011<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for August 8, 2011, may be continued to September 12, 2011, at 8:30 a.m.

　　　Mr. Bowers release on bond has altered the likely resolution of the case and the parties therefore seek additional time for their negotiations. The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant

1  in a speedy trial and that time under the Speedy Trial Act may be
2  excluded from the date of this order through September 12, 2011, pursuant
3  to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                           Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Defender

Dated:  August 1, 2011                     /s/ T. Zindel
                                           TIMOTHY ZINDEL
                                           Assistant Federal Defender
                                           Attorney for REGINALD BOWERS

Dated:  August 1, 2011                     /s/ T. Zindel for J. Greiner
                                           JAMES GREINER
                                           Attorney for DOROTHY WILLIAMS

                                           BENJAMIN B. WAGNER
                                           United States Attorney

Dated:  August 1, 2011                     /s/ T. Zindel for J.Hitt
                                           JASON HITT
                                           Assistant U.S. Attorney

**O R D E R**

The status conference is continued to September 12, 2011, at 8:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through September 12, 2011.

IT IS SO ORDERED.

Dated:  August 2, 2011

                                           WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE