```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    REGINALD BOWERS
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-CR-0288 WBS |
|---|---|
| Plaintiff, | ) |
|  | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE AND** |
|  | ) **EXCLUDING TIME** |
| REGINALD BOWERS and | ) |
| DOROTHY WILLIAMS, | ) |
|  | ) Date: September 12, 2011 |
| Defendants. | ) Time: 8:30 a.m. |
|  | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for September 12, 2011, may be continued to November 14, 2011, at 8:30 a.m.

Mr. Bowers release on bond has altered the likely resolution of the case and the parties therefore seek additional time for their negotiations. Also, counsel for Mr. Bowers will be out of the office on family medical leave until October 17, 2011. The parties agree that the ends of justice to be served by a continuance outweigh the best interests

1  of the public and the defendant in a speedy trial and that time under the
2  Speedy Trial Act may be excluded from the date of this order through
3  November 14, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  September 8, 2011         /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for REGINALD BOWERS

Dated:  September 8, 2011         /s/ T. Zindel for J. Greiner
                                  JAMES GREINER
                                  Attorney for DOROTHY WILLIAMS

                                  BENJAMIN B. WAGNER
                                  United States Attorney

Dated:  September 8, 2011         /s/ T. Zindel for J.Hitt
                                  JASON HITT
                                  Assistant U.S. Attorney

**O R D E R**

The status conference is continued to November 14, 2011, at 8:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through November 14, 2011.

IT IS SO ORDERED.

Dated:  September 9, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. Bowers et al.         2