DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
REGINALD BOWERS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-CR-0288 WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| REGINALD BOWERS and ) | |
| DOROTHY WILLIAMS, ) | |
| ) | Date: March 5, 2012 |
| Defendants. ) | Time: 9:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for March 5, 2012, may be continued to April 30, 2012, at 9:30 a.m.

    The parties are close to resolving the case but have yet to meet with the drug-unit supervisor at the U.S. Attorney's Office. In addition, the parties have yet to resolve a pending forfeiture matter tied to the pending criminal case. To afford time to complete their

discussions, the parties agree that time under the Speedy Trial Act should be excluded through April 30, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  February 29, 2012       /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for REGINALD BOWERS

Dated:  February 29, 2012       /s/ T. Zindel for J. Greiner
                                        JAMES GREINER
                                        Attorney for DOROTHY WILLIAMS

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  February 29, 2012       /s/ T. Zindel for J.Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 30, 2012, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through April 30, 2012.

IT IS SO ORDERED.

Dated: March 1, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE