```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    REGINALD BOWERS
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    ) No. 2:06-CR-0288 WBS
                                 )
14           Plaintiff,          )
                                 ) STIPULATION AND ORDER
15       v.                      ) CONTINUING STATUS CONFERENCE
                                 ) AND EXCLUDING TIME
16  REGINALD BOWERS and          )
    DOROTHY WILLIAMS,            )
17                               ) Date:  April 30, 2012
             Defendants.         ) Time:  9:30 a.m.
18                               ) Judge: Hon. William B. Shubb
    _____)
19

20

21       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
22  of America, and defendants, Reginald Bowers and Dorothy Williams, through
23  their respective attorneys, that the status conference scheduled for
24  April 30, 2012, may be continued to June 25, 2012, at 9:30 a.m.
25       The parties have yet to present their proposed resolution to the
26  drug-unit supervisor at the U.S. Attorney's Office and have yet to
27  resolve a pending forfeiture matter tied to the pending criminal case.
28  To afford time to complete their discussions, the parties agree that time
```

under the Speedy Trial Act should be excluded through June 25, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
Federal Defender

Dated:   April 25, 2012          /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for REGINALD BOWERS

Dated:   April 25, 2012          /s/ T. Zindel for J. Greiner
JAMES GREINER
Attorney for DOROTHY WILLIAMS

                                      BENJAMIN B. WAGNER
United States Attorney

Dated:   April 25, 2012          /s/ T. Zindel for J.Hitt
JASON HITT
Assistant U.S. Attorney

## O R D E R

The status conference is continued to June 25, 2012, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through June 25, 2012.

IT IS SO ORDERED.

Dated: April 26, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE