1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   REGINALD BOWERS

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        )  No. 2:06-CR-0288 WBS
                                     )
14                  Plaintiff,       )
                                     )  **STIPULATION AND ORDER**
15       v.                          )  **CONTINUING STATUS CONFERENCE**
                                     )  **AND EXCLUDING TIME**
16  REGINALD BOWERS and              )
    DOROTHY WILLIAMS,                )
17                                   )  Date:  August 20, 2012
                    Defendants.      )  Time:  9:30 a.m.
18                                   )  Judge: Hon. William B. Shubb
    _____)

19

20

21       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

22  of America, and defendants, Reginald Bowers and Dorothy Williams, through

23  their respective attorneys, that the status conference scheduled for

24  August 20, 2012, may be continued to October 15, 2012, at 9:30 a.m.

25       The parties have agreed to delay resolution of the case pending

26  resolution of collateral issues that may affect the ultimate resolution

27  as to both defendants.  Discussions also continue re a pending forfeiture

28  matter tied to the criminal case.  To afford time to complete their

resolution, the parties agree that time under the Speedy Trial Act should
be excluded through October 15, 2012, pursuant to 18 U.S.C. §
3161(h)(7)(A) and that the ends of justice served by taking such action
outweigh the best interest of the public and the defendant in a speedy
trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  August 16, 2012          /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for REGINALD BOWERS

Dated:  August 16, 2012          /s/ T. Zindel for J. Greiner
                                 JAMES GREINER
                                 Attorney for DOROTHY WILLIAMS

                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated:  August 16, 2012          /s/ T. Zindel for J.Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney


                        **O R D E R**

    The status conference is continued to October 15, 2012, at 9:30 a.m.
For the reasons set forth above, the court finds that the ends of justice
to be served by a continuance outweigh the best interests of the public
and the defendant in a speedy trial and therefore excludes time under the
Speedy Trial Act through October 15, 2012.

    IT IS SO ORDERED.

Dated:  August 17, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE