```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
REGINALD BOWERS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:06-CR-0288 WBS |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| REGINALD BOWERS and | ) **AND EXCLUDING TIME** |
| DOROTHY WILLIAMS, | ) |
| Defendants. | ) Date:  October 15, 2012 |
| | ) Time:  9:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for October 15, 2012, may be continued to November 5, 2012, at 9:30 a.m.

   The parties have agreed to delay resolution of the case pending resolution of collateral issues that may affect the ultimate resolution as to both defendants. Discussions also continue re a pending forfeiture matter tied to the criminal case. To afford time to complete their

resolution, the parties agree that time under the Speedy Trial Act should be excluded through November 5, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

          Respectfully submitted,

          DANIEL J. BRODERICK
          Federal Defender

Dated: October 11, 2012      /s/ T. Zindel
          TIMOTHY ZINDEL
          Assistant Federal Defender
          Attorney for REGINALD BOWERS

Dated: October 11, 2012      /s/ T. Zindel for J. Greiner
          JAMES GREINER
          Attorney for DOROTHY WILLIAMS

          BENJAMIN B. WAGNER
          United States Attorney

Dated: October 11, 2012      /s/ T. Zindel for J.Hitt
          JASON HITT
          Assistant U.S. Attorney

**O R D E R**

The status conference is continued to November 5, 2012, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through November 5, 2012.

IT IS SO ORDERED.

Dated: October 12, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. & Order                         3