DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-CR-0288 WBS |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| REGINALD BOWERS and DOROTHY WILLIAMS, | ) | |
| Defendants. | ) | Date: November 5, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for November 5, 2012, may be continued to January 22, 2013, at 9:30 a.m.

The parties have agreed to delay resolution of the case pending resolution of collateral issues that may affect the ultimate resolution as to both defendants. Discussions also continue re a pending forfeiture matter tied to the criminal case. To afford time to complete their

1  resolution, the parties agree that time under the Speedy Trial Act should
2  be excluded through January 22, 2013, pursuant to 18 U.S.C. §
3  3161(h)(7)(A) and that the ends of justice served by taking such action
4  outweigh the best interest of the public and the defendant in a speedy
5  trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  November 2, 2012          /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for REGINALD BOWERS

Dated:  November 2, 2012          /s/ T. Zindel for J. Greiner
                                  JAMES GREINER
                                  Attorney for DOROTHY WILLIAMS

                                  BENJAMIN B. WAGNER
                                  United States Attorney

Dated: November 2, 2012           /s/ T. Zindel for J.Hitt
                                  JASON HITT
                                  Assistant U.S. Attorney

**O R D E R**

The status conference is continued to January 22, 2013, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 22, 2013.

IT IS SO ORDERED.

Dated:  November 2, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE