1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   REGINALD BOWERS
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,   )  No. 2:06-CR-0288 WBS
                               )
14           Plaintiff,         )
                               )  **STIPULATION AND ORDER**
15    v.                       )  **CONTINUING STATUS CONFERENCE**
                               )  **AND EXCLUDING TIME**
16 REGINALD BOWERS,            )
                               )
17           Defendant.         )  Date:  January 22, 2013
                               )  Time:  9:30 a.m.
18 _____)  Judge: Hon. William B. Shubb

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Reginald Bowers, through their respective
22 attorneys, that the status conference scheduled for January 22, 2013, may
23 be continued to February 11, 2013, at 9:30 a.m.
24     The parties have reached an agreement resolving the pending
25 forfeiture (2:06-CV-02839 WBS) and the government has dismissed the
26 indictment as to the co-defendant.  An agreement to resolve the criminal
27 charge pending against Mr. Bowers is imminent but the proposals under
28 discussion have yet to be finally reviewed or approved within the U.S.

Attorney's Office.  To afford time to complete their negotiations, the parties agree that time under the Speedy Trial Act should be excluded through February 11, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                    Respectfully submitted,

                                    JOSEPH SCHLESINGER
                                    Acting Federal Defender

Dated:  January 17, 2013        /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for REGINALD BOWERS

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated:  January 17, 2013        /s/ T. Zindel for J.Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney

## O R D E R

    The status conference is continued to February 11, 2013, at 9:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through February 11, 2013.

    IT IS SO ORDERED.

Dated: January 17, 2013

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE