```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    REGINALD BOWERS
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     ) No. 2:06-CR-0288 WBS
                                  )
14              Plaintiff,        )
                                  ) STIPULATION AND ORDER
15       v.                       ) CONTINUING STATUS CONFERENCE
                                  ) AND EXCLUDING TIME
16  REGINALD BOWERS,              )
                                  )
17              Defendant.        ) Date:  February 11, 2013
                                  ) Time:  9:30 a.m.
18  _____ ) Judge: Hon. William B. Shubb
```

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Reginald Bowers, through their respective attorneys, that the status conference scheduled for February 11, 2013, may be continued to March 18, 2013, at 9:30 a.m.

An agreement to resolve the criminal charge pending against Mr. Bowers is imminent but the proposals under discussion have yet to be finally reviewed or approved within the U.S. Attorney's Office. To afford time to complete their negotiations, the parties agree that time under the Speedy Trial Act should be excluded through March 18, 2013,

pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

Dated:  February 8, 2013        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for REGINALD BOWERS

BENJAMIN B. WAGNER
United States Attorney

Dated:  February 8, 2013        /s/ T. Zindel for J.Hitt
JASON HITT
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to March 18, 2013, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 18, 2013.

IT IS SO ORDERED.

Dated:  February 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE