JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-CR-0288 WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| REGINALD BOWERS, ) | |
| ) | |
| Defendant. ) | Date: April 15, 2013 |
| ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Reginald Bowers, through their respective attorneys, that the status conference scheduled for April 15, 2013, may be continued to April 22, 2013, at 9:30 a.m.

   An agreement to resolve the criminal charge pending against Mr. Bowers is imminent but the final paperwork has not been prepared.  To afford time to complete all tasks necessary to the final resolution, the parties agree that time under the Speedy Trial Act should be excluded through April 22, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that

the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: April 11, 2013             /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for REGINALD BOWERS

                                  BENJAMIN B. WAGNER
                                  United States Attorney

Dated: April 11, 2013             /s/ T. Zindel for J.Hitt
                                  JASON HITT
                                  Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 22, 2013, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through April 22, 2013.

IT IS SO ORDERED.

Dated: April 14, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. & Order                     2