```
BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>REGINALD BOWERS,<br><br>                    Defendant. | Case No. 2:06-cr-00288 WBS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Reginald BOWERS, by and through his counsel Assistant Federal Defender Timothy Zindel, that the currently set status conference set for May 20, 2013, at 9:30 a.m., should be continued to June 3, 2013, at 9:30 a.m.

   The parties believe a continuance is appropriate because the parties continue to negotiate a plea in this case and anticipate an entry of guilty plea at the next court appearance.  The United States recently filed a motion to dismiss the Indictment against the co-defendant Dorothy WILLIAMS and the Court granted that motion. The government is preparing a final plea offer for the defendant and

1

defense counsel is continuing to work diligently on mitigating the defendant's sentencing exposure in this case. Based upon the ongoing efforts by both parties to bring this case to a close, the parties stipulate and agree that time should be excluded under the Speedy Trial Act because defense counsel needs additional time to review the discovery and plea agreement in this case and prepare his client for possible entry of plea at the next court appearance. For these reasons, counsel stipulate that an exclusion of time from May 20, 2013, to June 3, 2013, is appropriate because the ends of justice are served by the Court excluding such time and outweigh the defendant's interest in a speedy trial, as well as the public's interest in a speedy trial, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

DATED: May 16, 2013         /s/Jason Hitt
                            JASON HITT
                            Assistant U.S. Attorney

DATED: May 16, 2013         /s/Jason Hitt
                            TIMOTHY ZINDEL, ESQ.
                            Counsel for defendant
                            REGINALD BOWERS
                            Authorized to sign for
                            Mr. Zindel on 04-19-13

**O R D E R**

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The status conference set for May 20, 2013, at 9:30 a.m. is vacated;

2. A new status conference is set for June 3, 2013, at 9:30 a.m.; and

3. Based upon the above representations and stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded between May 20, 2013, and June 3, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(Local Code T4).

**IT IS SO ORDERED.**

DATED:  May 16, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE