HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
REGINALD BOWERS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-CR-0288 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| REGINALD BOWERS, | ) | |
| | ) | |
| Defendant. | ) | Date:  June 3, 2013 |
| | ) | Time:  9:30 a.m. |
| _____ | ) | Judge: Hon. William B. Shubb |

        IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Reginald Bowers, through their respective attorneys, that the status conference scheduled for June 3, 2013, may be continued to July 1, 2013, at 9:30 a.m.

        Defense counsel is awaiting paperwork from the government documenting the agreement to resolve the criminal charge pending against Mr. Bowers.  The parties expect to resolve the case during the month of June and to present their resolution to the Court on July 1.  To afford time to complete all tasks necessary to the final resolution, the parties

agree that time under the Speedy Trial Act should be excluded through July 1, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                              Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

Dated:  May 31, 2013          /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for REGINALD BOWERS

                              BENJAMIN B. WAGNER
                              United States Attorney

Dated:  May 31, 2013          /s/ T. Zindel for J.Hitt
                              JASON HITT
                              Assistant U.S. Attorney

                         **O R D E R**

     The status conference is continued to July 1, 2013, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through July 1, 2013.

     IT IS SO ORDERED.

Dated: May 31, 2013

                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE