1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   REGINALD BOWERS
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       )   No. 2:06-CR-0288 WBS
                                   )
14          Plaintiff,             )
                                   )   **STIPULATION AND ORDER**
15     v.                          )   **CONTINUING STATUS CONFERENCE**
                                   )   **AND EXCLUDING TIME**
16 REGINALD BOWERS,                )
                                   )
17          Defendant.             )   Date:  July 15, 2013
                                   )   Time:  9:30 a.m.
18 _____ )   Judge: Hon. William B. Shubb

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Reginald Bowers, through their respective
22 attorneys, that the status conference scheduled for July 15, 2013, may be
23 continued to July 22, 2013, at 9:30 a.m.
24      Defense counsel awaits paperwork from the government documenting the
25 parties' agreement to resolve the criminal charge pending against Mr.
26 Bowers - the government advised it would have the agreement prepared in
27 time to enter it in Court on July 15, but it has been delayed.  To afford
28 time to complete this task, the parties agree that time under the Speedy

Trial Act should be excluded through July 22, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Dated: July 12, 2013            /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for REGINALD BOWERS

                                          BENJAMIN B. WAGNER
                                          United States Attorney

Dated: July 12, 2013            /s/ T. Zindel for J.Hitt
                                          JASON HITT
                                          Assistant U.S. Attorney

## O R D E R

The status conference is continued to July 22, 2013, at 9:30 a.m. For the reason set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through July 22, 2013.

IT IS SO ORDERED.

Dated: July 12, 2013

                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE