```
1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

6   Attorney for Defendant
    REGINALD BOWERS
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-CR-0288 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| REGINALD BOWERS, | |
| Defendant. | Date: August 5, 2013 |
| | Time: 9:30 a.m. |
| | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Reginald Bowers, through their respective attorneys, that the status conference scheduled for August 5, 2013, may be continued to August 26, 2013, at 9:30 a.m.

Defense counsel awaits paperwork from the government documenting the parties' agreement to resolve the criminal charge pending against Mr. Bowers. The proposal has been approved by a supervising attorney in the U.S. Attorney's Office but the assigned attorney was occupied by a jury trial until yesterday. To afford time to complete this task, the parties

1  agree that time under the Speedy Trial Act should be excluded through
2  August 26, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends
3  of justice served by taking such action outweigh the best interest of the
4  public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  August 2, 2013         /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for REGINALD BOWERS

                               BENJAMIN B. WAGNER
                               United States Attorney

Dated:  August 2, 2013         /s/ T. Zindel for J.Hitt
                               JASON HITT
                               Assistant U.S. Attorney

**O R D E R**

The status conference is continued to August 26, 2013, at 9:30 a.m. For the reason set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 26, 2013.

IT IS SO ORDERED.

Dated:  August 5, 2013

_William V. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. & Order                           2